**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAILEN PARKS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTIAN CHOCANO,<br><br>　　　　　Defendant. | ) Case No. CV 19-4346-MCS (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>) |

　　The Court has reviewed the records on file and the Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court grant Defendant's motion to dismiss in part and dismiss Plaintiff's official-capacity, 22nd Amendment, and Declaration of Independence claims with prejudice and his Fourth and 14th amendment claims with leave to amend.  No objections to the R. & R. have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Defendant's motion to dismiss is GRANTED in part; Plaintiff's official-capacity, 22nd Amendment, and Declaration of Independence claims are dismissed with prejudice; and Plaintiff's Fourth and 14th amendment claims

are dismissed with leave to amend.

    If Plaintiff desires to pursue his Fourth or 14th amendment claims, he must file a third amended complaint within 28 days of the date of this order, remedying the deficiencies identified in the Magistrate Judge's August 28 and December 16, 2019 dismissal orders and December 29, 2020 R. & R.  The TAC should bear the docket number assigned to this case, be labeled "Third Amended Complaint," and be complete in and of itself, without reference to the earlier complaints or any other pleading or document. Plaintiff is warned that if he fails to timely file a sufficient TAC, the Court will likely dismiss this action on the grounds set forth in the Magistrate Judge's orders or for failure to diligently prosecute.

DATED: February 4, 2021

*Mark C. Scarsi*
MARK C. SCARSI
U.S. DISTRICT JUDGE