JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAILEN PARKS, | Case No. CV 19-4346-MCS (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CHRISTIAN CHOCANO, | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 15, 2021

MARK C. SCARSI
U.S. DISTRICT JUDGE